William H. Trousdale, Esq.
Brian M. English, Esq.
**TOMPKINS, MCGUIRE, WACHENFELD & BARRY LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: 973-622-3000
Fax: 973-623-7780

Timothy Rooney, Esq. *(pro hac vice)*
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: 312-558-5600
Fax: 312-558-5700

David S. Bloch, Esq. *(pro hac vice)*
Patrick M. Ryan, Esq. *(pro hac vice)*
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, California 94111
Phone: 415-591-1000
Fax: 415-591-1400

Attorneys for Defendants PMC Global, Inc., PMC, Inc., PMC Europe Investments, S.L., Denis S. Commette, and Gama Machinery USA, Inc.

Steven M. Kaplan
**KAPLAN & LEVENSON, P.C.**
433 Hackensack Avenue, 2nd Floor
Hackensack, NJ 07601
Phone: 201-646-9400
Fax: 201-646-9401

Attorneys for Garraf Maquinaria S.A.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GRACO INC., et al.,<br>                Plaintiffs,<br>v.<br>PMC GLOBAL, INC., et al.,<br>                Defendants.<br>DENIS S. COMMETTE, GAMA MACHINERY USA, INC., AND GARRAF MAQUINARIA S.A.,<br>                Counterclaim Plaintiffs,<br>v.<br>GRACO INC. and GRACO MINNESOTA INC.,<br>                Counterclaim Defendants. | Case No. 08-CV-01304 (FLW) (DEA)<br><br>**NOTICE OF DEFENDANTS AND COUNTERCLAIMANTS' MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L. CIV. R. 5.3** |

**PLEASE TAKE NOTICE** that Defendants and Counterclaimants Denis S. Commette, Gama Machinery USA, Inc., (collectively "Gama") and Garraf Maquinaria S.A. ("Garraf") shall apply to the Hon. Freda L. Wolfson, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 2020, Courtroom 5E, Trenton, New Jersey, for entry or an Order: (i) sealing the materials enumerated in the accompanying Brief in connection with Gama and Garraf's motion for preliminary injunction against Counter-Claim Defendants Graco Inc. and Graco Minnesota Inc. (collectively, "Graco"), which is being filed with the Court simultaneously; and (ii) granting such other and further relief to Gama and Garraf as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Gama and Garraf will rely upon the enclosed Brief in Support of Gama and Garraf's Motion to File Documents under Seal and Statement of Fact and Conclusions of Law in Support of Gama and Garraf's Motion to File Documents under Seal. A proposed form of Order is also being submitted with this motion.

Dated: June 11, 2009

Of Counsel:

Timothy Rooney (*pro hac vice*)
David S. Bloch (*pro hac vice*)
Patrick M. Ryan (*pro hac vice*)
**WINSTON & STRAWN LLP**

**TOMPKINS, MCGUIRE, WACHENFELD & BARRY LLP**
       **/s/Brian M. English**

William H. Trousdale, Esq.
Brian M. English, Esq.

Attorneys for Defendants and Counterclaim Plaintiffs Gama Machinery USA and Denis Commette

**KAPLAN & LEVENSON, P.C.**
*/s/ Steven M. Kaplan/BN/*

Steven M. Kaplan
Attorneys for Defendant and Counterclaim Plaintiff Garraff Maquinaria S.A.