William H. Trousdale, Esq.
Brian M. English, Esq.
**TOMPKINS, MCGUIRE, WACHENFELD & BARRY LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: 973-622-3000
Fax: 973-623-7780

Timothy Rooney, Esq. *(pro hac vice)*
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: 312-558-5600
Fax: 312-558-5700

David S. Bloch, Esq. *(pro hac vice)*
Patrick M. Ryan, Esq. *(pro hac vice)*
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, California 94111
Phone: 415-591-1000
Fax: 415-591-1400

Attorneys for Defendants PMC Global, Inc., PMC, Inc., PMC Europe Investments, S.L., Denis S. Commette, and Gama Machinery USA, Inc.

Steven M. Kaplan
**KAPLAN & LEVENSON, P.C.**
433 Hackensack Avenue, 2nd Floor
Hackensack, NJ 07601
Phone: 201-646-9400
Fax: 201-646-9401

Attorneys for Garraf Maquinaria S.A.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GRACO INC., et al., <br>      Plaintiffs, <br>   v. <br> PMC GLOBAL, INC., et al., <br>      Defendants. <br> DENIS S. COMMETTE, GAMA MACHINERY USA, INC., AND GARRAF MAQUINARIA, S.A., <br>      Counterclaim Plaintiffs, <br>   v. <br> GRACO INC. and GRACO MINNESOTA INC., <br>      Counterclaim Defendants. | Case No. 08-CV-01304 (FLW) (DEA) <br><br> **BRIEF IN SUPPORT OF DEFENDANTS AND COUNTERCLAIMANTS' MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L. CIV. R. 5.3** |

Defendants and Counterclaimants Denis S. Commette and Gama Machinery USA, Inc. (collectively, "Gama") and Garraf Maquinaria S.A. ("Garraf"), pursuant to Local Civil Rule 5.3, respectfully submit this Brief in Support of their motion to seal certain materials in connection with their motion for preliminary injunction against Counter-Claim Defendants Graco Inc. and Graco Minnesota Inc. (collectively, "Graco"), which are being filed simultaneously with the Court.

Gama and Garraf request the following materials be sealed:

(i) Unredacted version of Gama and Garraf's Brief in support of its motion for preliminary injunction against Graco, with redacted portions referring to information designated confidential by Graco;

(ii) Unredacted version of Declaration of David S. Bloch in support of Gama and Garraf's motion for preliminary injunction against Graco, with redacted portions referring to information designated confidential by Graco.

The Court entered a Stipulated Protective Order on November 12, 2008 to govern information produced during discovery in this case. Dkt. 68. Pursuant to the Stipulated Protective Order, all parties may maintain the confidentiality of their sensitive and confidential information. During the course of discovery, confidential information has been designated by the parties as such.

In this connection, Gama and Garraf request the Court to seal the afore-said materials because the materials contain either documents and/or information garnered from the documents which Graco has designated as "Confidential" or "Confidential—For Attorney's Eyes Only," pursuant to the Stipulated Protective Order. Graco's designations protect its business interests,

and should the relief sought herein be denied, Gama and Garraf believe that Graco will contend that disclosure of such information would result in serious competitive injury. See L. Civ. R. 5.3(c) (2).

Therefore, Gama and Garraf respectfully submit that the afore-mentioned materials should be permitted to be filed under seal in order to preserve their confidentiality, as designated by Graco.

Dated: June 11, 2009

| | |
|---|---|
| Of Counsel: | TOMPKINS, MCGUIRE, WACHENFELD & BARRY LLP |
| | /s/Brian M. English |
| Timothy Rooney (*pro hac vice*) | |
| David S. Bloch (*pro hac vice*) | |
| Patrick M. Ryan (*pro hac vice*) | William H. Trousdale, Esq. |
| **WINSTON & STRAWN LLP** | Brian M. English, Esq. |

Attorneys for Defendants and Counterclaim Plaintiffs Gama Machinery USA and Denis Commette

KAPLAN & LEVENSON, P.C.

Steven M. Kaplan

Attorneys for Defendant and Counterclaim Plaintiff Garraff Maquinaria S.A.