William H. Trousdale, Esq.
Brian M. English, Esq.
**TOMPKINS, MCGUIRE, WACHENFELD & BARRY LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: 973-622-3000
Fax: 973-623-7780

Timothy Rooney, Esq. *(pro hac vice)*
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: 312-558-5600
Fax: 312-558-5700

David S. Bloch, Esq. *(pro hac vice)*
Patrick M. Ryan, Esq. *(pro hac vice)*
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, California 94111
Phone: 415-591-1000
Fax: 415-591-1400

Attorneys for Defendants PMC Global, Inc., PMC, Inc., PMC Europe Investments, S.L., Denis S. Commette, and Gama Machinery USA, Inc.

Steven M. Kaplan
**KAPLAN & LEVENSON, P.C.**
433 Hackensack Avenue, 2nd Floor
Hackensack, NJ 07601
Phone: 201-646-9400
Fax: 201-646-9401

Attorneys for Garraf Maquinaria S.A.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GRACO INC., et al., <br>                    Plaintiffs, <br> v. <br> PMC GLOBAL, INC., et al., <br>                    Defendants. <br><br> DENIS S. COMMETTE, GAMA MACHINERY USA, INC., AND GARRAF MAQUINARIA S.A., <br>                    Counterclaim Plaintiffs, <br> v. <br> GRACO INC. and GRACO MINNESOTA INC., <br>                    Counterclaim Defendants. | Case No. 08-CV-01304 (FLW) (DEA) <br><br> **STATEMENT OF FACT AND CONCLUSIONS OF LAW FOR DEFENDANTS AND COUNTERCLAIMANTS' MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L. CIV. R. 5.3** |

## GAMA AND GARRAF'S STATEMENT OF FACTS AND CONCLUSIONS OF LAW

Defendants and Counterclaimants Denis S. Commette and Gama Machinery USA, Inc. (collectively, "Gama") and Garraf Maquinaria S.A. ("Garraf") submit these findings of facts and conclusions of law in connection with their motion for preliminary injunction against Counter-Claim Defendants Graco Inc. and Graco Minnesota Inc. (collectively, "Graco"), which are being filed simultaneously with the Court:

The Court finds that on or about November 12, 2008, the Stipulated Protective Order was entered in this litigation. Dkt. 68.

The Court further finds that materials in the following documents contain either documents and/or information garnered from the documents, which have been designated as "Confidential" or "Confidential—For Attorney's Eyes Only" by Graco in this case, pursuant to the Stipulated Protective Order:

(i) Unredacted version of Gama and Garraf's Brief in support of its motion for preliminary injunction against Graco, with redacted portions referring to information designated confidential by Graco;

(ii) Unredacted version of Declaration of David S. Bloch in support of Gama and Garraf's motion for preliminary injunction against Graco, with redacted portions referring to information designated confidential by Graco.

Accordingly, based on the Stipulated Protective Order and to preserve Graco's confidential information, the listed documents are permitted to be filed under seal.

Dated: June 11, 2009

| | |
|---|---|
| Of Counsel: | **TOMPKINS, MCGUIRE, WACHENFELD & BARRY LLP** |
| Timothy Rooney (*pro hac vice*) | /s/Brian M. English |
| David S. Bloch (*pro hac vice*) | |
| Patrick M. Ryan (*pro hac vice*) | William H. Trousdale, Esq. |
| **WINSTON & STRAWN LLP** | Brian M. English, Esq. |

Attorneys for Defendants and Counterclaim Plaintiffs Gama Machinery USA and Denis Commette

**KAPLAN & LEVENSON, P.C.**

Steven M. Kaplan

Attorneys for Defendant and Counterclaim Plaintiff Garraff Maquinaria S.A.