## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| GRACO, INC., et al., | : | Civil Action No. 08-1304(FLW) |
| Plaintiffs, | : |  |
|  | : | **ORDER** |
| v. | : |  |
| PMC GLOBAL, INC., et al., | : |  |
| Defendants. | : |  |

**THIS MATTER** having been opened to the Court by Defendants PMC Global, Inc., PMC, Inc., PMC Europe Investments, S.L., Denis S. Commette, and Gama Machinery USA, Inc. (collectively, "Defendants"), on a motion for sanctions pursuant to Fed. R. Civ. P. 11 and Fed. R. Civ. P. 37; it appearing that Plaintiffs Graco, Inc. and Graco Minnesota, Inc. (collectively, "Plaintiffs") opposed the motion; it appearing that the motion was referred to the Magistrate Judge for a Report and Recommendation; it appearing that the Magistrate Judge rendered his decision on February 14, 2011; it further appearing that no parties have objected to the Report and Recommendation; it further appearing that the Court has reviewed the Magistrate Judge's thorough and thoughtful recommendations; accordingly,

**IT IS** on this 10th day of March, 2011,

**ORDERED** that the Magistrate Judge's February 14, 2011 Report and Recommendation is hereby **ADOPTED** by this Court; and it is further

**ORDERED** that Defendants' motion for sanctions is hereby **DENIED**.

                                                       /s/Freda L. Wolfson
                                          The Honorable Freda L. Wolfson, U.S.D.J.